NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1248, -1249

COMAPER CORPORATION,

Plaintiff-Cross Appellant,

v.

ANTEC, INC.,

Defendant-Appellant,

and

BEST BUY CO., INC. and MICRO ELECTRONICS, INC.,

Defendants.

Appeals from the United States District Court for the Eastern District of Pennsylvania in case no. 05-CV-1103, Judge Petrese B. Tucker.

ON MOTION

## O R D E R

Comaper Corporation submits a motion for damages and double costs.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is deferred for consideration by the merits panel assigned to hear this case. Copies of this order, the motion, and any response and reply shall be transmitted to the merits panel.

FOR THE COURT

NOV 12 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   Stephen J. Driscoll, Esq.
      Robert P. Andris, II, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 12 2009

JAN HORBALY
CLERK

2009-1248, -1249                    - 2 -